

NUMBER 13-09-00311-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

OSCAR FLORES,                                                    Appellant,

v.

DAIMLER CHRYSLER FINANCIAL
SERVICES AMERICAS LLC., ET AL.,                          Appellees.

On appeal from the County Court at Law No. 5
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Oscar Flores, attempted to perfect an appeal from orders entered by the

County Court at Law No. 5 of Hidalgo County, Texas, in cause number CL-08-0038-E. The

orders were signed on April 8, 2009, and appellant filed a notice of appeal on May 8, 2009.

On June 19, 2009, the Clerk of this Court notified appellant that it appeared the notice of appeal was not timely filed. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would be dismissed. Thereafter, appellant filed a motion to realign the parties and change style of case, requesting this appeal now be considered a petition for writ of mandamus. Appellant has not responded to this Court's defect letter concerning the timeliness of the appeal.

Contemporaneous with the filing of appellant's motion to realign the parties and change style of case, appellant filed a Petition for Writ of Mandamus under this cause number, 13-09-00311-CV. Appellant's motion to realign the parties and thereby change style of case is DENIED. The Petition for Writ of Mandamus filed under this cause number, 13-09-00311-CV is hereby transferred to cause number 13-09-00488-CV. Appellant is responsible for paying fees for the filing of the Petition for Writ of Mandamus in cause number 13-09-00488-CV.

The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect his appeal, and appellant's failure to respond to this Court's notice, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a)(c).

PER CURIAM

Memorandum Opinion delivered and
filed this 25th day of August, 2009.

2